1  JONATHAN ALLAN KLEIN (SBN 162071)
   STACEY A. ZARTLER (SBN 160859)
2  KELLY, HOCKEL & KLEIN P.C.
   One Sansome St., Ste. 1800
3  San Francisco, CA 94104-4798
4  Tel.: (415) 951-0535
   Fax: (415) 391-7808
5

6  Attorneys for Defendants
   PENSKE LOGISTICS LLC (erroneously sued as PENSKE LOGISTICS, INC.)
7  and PENSKE TRUCK LEASING CO., L.P.

8  LAW OFFICES OF WAGNER & JONES LLP
9  Nicholas Wagner, SBN 109455
   Andrew B. Jones, SBN 076915
10 Daniel M. Kopfman, SBN 192191
   Lawrence M. Artenian, SBN 103367
11 Paul C. Mullen, SBN 216447
12 1111 E. Herndon, Ste. 317
   Fresno, CA 93720
13 559/449-1800
   559/449-0749 Fax
14

15 Attorneys for Plaintiff NORMAN FENN JR.

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  NORMAN FENN JR,                              | Civil Action No. **1:10-cv-01507-LJO-SMS** |
| 21              Plaintiff,                       | |
|                                                  | **STIPULATION AND JOINT REQUEST TO** |
| 22         vs.                                   | **EXTEND DISCOVERY DATES;** |
| 23  PENSKE LOGISTICS, INC., PENSKE               | **ORDER** |
|     TRUCK LEASING CO., L.P., and DOES 1          | |
| 24  through 50, inclusive,                       | |
| 25              Defendants.                      | Trial Date: November 14, 2011 |

26

27

28

**STIPULATION AND PROPOSED ORDER TO EXTEND**     CASE NO.  1:10-cv-01507-LJO-SMS
**DISCOVERY DATES**

1    Defendants PENSKE LOGISTICS LLC (erroneously sued as PENSKE LOGISTICS, INC.)
2    and PENSKE TRUCK LEASING CO., L.P. and Plaintiff NORMAN FENN JR., by and through
3    their respective counsel, hereby stipulate and request that the Court continue the discovery and
4    related deadlines in this matter by 15 to 40 days as set forth fully herein.  The parties wish to leave
5    the current trial date (November 14, 2011), the pre-trial conference (October 4, 2011), the
6    summary judgment filing deadline (August 15, 2011), and the settlement conference (June 1,
7    2011), on calendar as scheduled.

    Good cause exists for extending the discovery deadlines inasmuch as lead counsel for
Defendants is leaving Kelly, Hockel & Klein, and the parties have to date been unable to
complete necessary discovery due to the trial schedules of both Plaintiff's counsel and defense
counsel.

    This is the first request for a continuance of any dates in this matter.  The current dates and
proposed dates on calendar are as follows:

    1.    Non-Expert Discovery Cut-Off:

          Current:    June 10, 2011
          Proposed:   July 19, 2011

    2.    Expert Disclosures:

          Current:    June 13, 2011
          Proposed:   July 19, 2011

    3.    Supplemental Expert Disclosures:

          Current:    June 30, 2011
          Proposed:   July 29, 2011

    4.    Non-Dispositive Motion Filing Deadline:

          Current:    July 1, 2011
          Proposed:   August 1, 2011

DATED:  April _18_, 2011                    KELLY, HOCKEL & KLEIN P.C.

                                            /s/ Jonathan Allan Klein
                                            _____
                                            JONATHAN ALLAN KLEIN
                                            STACEY A. ZARTLER

                                                    Attorneys for Defendants
                                                    PENSKE LOGISTICS LLC and
                                                    PENSKE TRUCK LEASING CO., L.P.

DATED:   April _15_, 2011                         LAW OFFICES OF WAGNER & JONES LLP

                                                    /s/ Andrew B. Jones
                                                    ANDREW B. JONES
                                                    PAUL C. MULLEN

                                                    Attorneys for Plaintiff NORMAN FENN JR.

## **ORDER**

BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT THE FOLLOWING DEADLINES BE RESCHEDULED AS FOLLOWS:

    1.    <u>Non-Expert Discovery Cut-Off</u>:            July 19, 2011

    2.    <u>Expert Disclosures Due</u>:                    July 19, 2011

    3.    <u>Supplemental Expert Disclosures Due</u>:    July 29, 2011

    4.    <u>Non-Dispositive Motion Filing Deadline</u>:    August 1, 2011

ALL OTHER DATES WILL REMAIN ON CALENDAR AS SCHEDULED.

IT IS SO ORDERED.

    Dated:   **April 26, 2011**                    **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28