**LAW OFFICES OF**
**WAGNER & JONES LLP**
Nicholas Wagner, SBN 109455
Andrew B. Jones, SBN 076915
Daniel M. Kopfman, SBN 192191
Lawrence M. Artenian, SBN 103367
Paul C. Mullen, SBN 216447
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax
Attorneys for Plaintiff NORMAN FENN JR.


Jonathan A. Klein, SBN 162071
Jennifer Kaplan, SBN 253841
**KELLY, HOCKEL & KLEIN**
One Sansome St., Ste. 1800
San Francisco, CA  94104
415/951-0535
415/391-7808 Fax
Attorneys for Defendants PENSKE LOGISTICS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN FENN JR.,<br><br>          Plaintiff,<br><br>     vs.<br><br>PENSKE LOGISTICS, INC., PENSKE<br>TRUCK LEASING CO., L.P., and<br>DOES 1 through 50, inclusive,<br><br>          Defendant. | ) Case No.:1:10-cv-01507-LJO-SMS<br>)<br>)<br>)<br>)<br>) **JOINT  STIPULATION  TO  CONTINUE**<br>) **SCHEDULED SETTLEMENT CONFERENCE**<br>) **AND ORDER THEREON**<br>)<br>)<br>) **Trial: 11/14/11** |

IT IS HEREBY stipulated between the parties by and through

their respective counsel, and request the Court to continue the

current scheduled Settlement Conference of June 1, 2011 at 1:00 p.m., in Courtroom 7 of the above-entitled Court to June 30, 2011, or to a date that is convenient to the Court's calendar. This request is made by the parties as depositions are set for the Week of June 13, 2011 through June 17, 2011.

DATED:  May 3, 2011        LAW OFFICES OF
                           WAGNER & JONES LLP


                                By:/s/_Andrew B. Jones_____
                                    Andrew B. Jones
                                   Attorneys for Plaintiff


DATED:  May 4, 2011        KELLY, HOCKEL & KLEIN


                                By:/s/_Jonathan A. Klein_____
                                    Jonathan A. Klein
                                     Jennifer Kaplan
                                   Attorneys for Defendants


### ORDER

   **IT IS HEREBY ORDERED** that the Settlement Conference currently scheduled for June 1, 2011 at 1 p.m. in Courtroom 7 is hereby vacated.  The Settlement Conference is now scheduled for June 30, 2011, at 10:30 a.m., in Courtroom 7 of the above-entitled Court.


Dated:   May 5, 2011            /s/ Sandra M. Snyder
                           UNITED STATES MAGISTRATE JUDGE