**LAW OFFICES OF**
**WAGNER & JONES LLP**
Nicholas Wagner, SBN 109455
Andrew B. Jones, SBN 076915
Daniel M. Kopfman, SBN 192191
Lawrence M. Artenian, SBN 103367
Paul C. Mullen, SBN 216447
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax
Attorneys for Plaintiff NORMAN FENN JR.


Jonathan A. Klein, SBN 162071
Jennifer Kaplan, SBN 253841
**KELLY, HOCKEL & KLEIN**
One Sansome St., Ste. 1800
San Francisco, CA  94104
415/951-0535
415/391-7808 Fax
Attorneys for Defendants PENSKE LOGISTICS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN FENN JR.,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>PENSKE LOGISTICS, INC., PENSKE TRUCK LEASING CO., L.P., and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.:1:10-cv-01507-LJO-SMS<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULED SETTLEMENT CONFERENCE AND ORDER THEREON**<br><br>**Trial: 11/14/11** |

　　**IT IS HEREBY** stipulated between the parties by and through their respective counsel, and request the Court to continue the

JOINT STIPULATION TO CONTINUE SCHEDULED SETTLEMENT CONFERENCE AND ORDER THEREON　　　1

current scheduled Settlement Conference of June 30, 2011 at 10:30 a.m., in Courtroom 7 of the above-entitled Court to July 20, 2011, or to a date that is convenient to the Court's calendar.  This request is made by the parties as depositions are continuing and therefore request that the Settlement Conference be set at a time after the close of discovery – July 19, 2011.

DATED:   June 20, 2011          LAW OFFICES OF
                                WAGNER & JONES LLP


                                By:/s/_Paul C. Mullen_____
                                    Andrew B. Jones
                                    Paul C. Mullen
                                  Attorneys for Plaintiff


DATED:   June 20, 2011          KELLY, HOCKEL & KLEIN


                                By:/s/_Jonathan A. Klein_____
                                    Jonathan A. Klein
                                     Jennifer Kaplan
                                  Attorneys for Defendants


### ORDER

   **IT IS HEREBY ORDERED** that the Settlement Conference currently scheduled for June 30, 2011 at 10:30 a.m. in Courtroom 7 is hereby vacated.  The Settlement Conference is now scheduled

///

for Tuesday, July 26, 2011, at 1:30 p.m., in Courtroom 7 of the above-entitled Court. Mandatory Confidential Settlement Conference Statements, in compliance with No. 11 of the Scheduling Conference Order, are due on July 20, 2011, the day after the close of discovery.

IT IS SO ORDERED.

Dated:   June 21, 2011                    /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE